ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 23 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § |
| | § NO. |
| BARRETT LANCASTER BROWN (1) | § 3-13CR0030-B |

The Grand Jury charges:

### INDICTMENT

#### Count One
Obstruction: Concealment of Evidence
(18 U.S.C. § 1519)
Aid and Abet
(18 U.S.C. § 2)

On or about March 6, 2012, in the Dallas Division of the Northern District of Texas, the defendant **Barrett Lancaster Brown,** aided and abetted by KM, did knowingly conceal tangible objects, namely two laptop computers containing records, documents, and digital data, with the intent to impede, obstruct, and influence the investigation and proper administration of any matter within the jurisdiction of any department and agency of the United States, and in relation to and in contemplation of any such matter, in that **Barrett Lancaster Brown** and KM concealed two laptop computers in KM's residence in the Northern District of Texas prior to the execution of a search warrant at KM's residence, said search warrant having been issued by a United States Magistrate Judge in the Dallas Division of the Northern District of Texas, and the

Indictment - Page 1

execution of the search warrant was in relation to an investigation conducted by the Dallas Division of the Federal Bureau of Investigation, an agency of the United States Department of Justice.

In violation of 18 U.S.C. § 1519 and 18 U.S.C. § 2.

<u>Count Two</u>
Obstruction: Corruptly Concealing Evidence
(18 U.S.C. § 1512(c)(1))
Aid and Abet
(18 U.S.C. § 2)

On or about March 6, 2012, in the Dallas Division of the Northern District of Texas, the defendant **Barrett Lancaster Brown** aided and abetted by KM, did knowingly and corruptly conceal and attempt to conceal records, documents, and digital data contained on two laptop computers, with the intent to impair the integrity and availability of the records, documents, and digital data contained on the laptop computers for use in an official proceeding, that being: (1) a proceeding before a federal Grand Jury in the Northern District of Texas; and (2) a proceeding before a United States Magistrate Judge in the Northern District of Texas specifically related to search warrants issued on March 5, 2012.

In violation of 18 U.S.C. § 1512(c)(1) and 18 U.S.C. § 2.

A TRUE BILL:

FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
Northern District of Texas
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
office: 214.659.8600 fax: 214.659.8805
candina.heath@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

BARRETT LANCASTER BROWN (1)

INDICTMENT

18 U.S.C. § 1519; 18 U.S.C. § 2
Obstruction: Concealment of Evidence; Aid and Abet

18 U.S.C. § 1512(c)(1); 18 U.S.C. § 2
Obstruction: Corruptly Concealing Evidence; Aid and Abet

2 Counts

A true bill rendered

DALLAS                                                                          FOREPERSON

Filed in open court this 23rd day of January, 2013

                                                                                       Clerk

**Defendant Barrett Lancaster Brown in Federal Custody since 9/13/12 at Mansfield**

UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Criminal matter pending