UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
(Honorable Sam A. Lindsay)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | 3: 13-CR-030-L |
| | § | 3: 12-CR-317-L |
| – against – | § | 3: 12-CR-413-L |
| | § | |
| BARRETT LANCASTER BROWN, | § § | MOTION FOR SUBSTITUTION OF COUNSEL |
| Defendant. | § § | |

NOW COMES the defendant BARRETT LANCASTER BROWN, and files this Motion to Substitute Counsel in this case showing the following:

I.

Defendant is currently defendant by DOUGLASS A MORRIS. Defendant has retained CHARLES SWIFT to retain him and no longer wishes for DOUGLASS A. MORRIS to represent him. Therefore, it is requested that CHARLES SWIFT be substituted as counsel of record on this case.

II.

WHEREFORE, PREMISES CONSIDERED, the Defendant prays that this motion be granted.

Dated: May 1, 2013
Dallas, Texas

Respectfully Submitted,

-s- *Charles D. Swift*
Charles D. Swift, Esq.
Swift & McDonald, P.S.
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101

                                                             206-441-3377
                                                             206-224-9908 (fax)
                                                             cswift@prolegaldefense.com

AGREED:                                       *-s- Douglas A Morris*
                                                             Federal Public Defender - Dallas
                                                             525 Griffin St Suite 629
                                                             Dallas, TX 75202
                                                             214/767-2746
                                                             doug_morris@fd.org

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Ms. Candina Heath, counsel for the government, on May 1, 2013 regarding this motion. She is unopposed to the motion.

-s- *Charles D. Swift*
Charles D. Swift, Esq.
Swift & McDonald, P.S.
1809 Seventh Avenue, Suite 1108
Seattle, WA 98101
206-441-3377
206-224-9908 (fax)
cswift@prolegaldefense.com

CERTIFICATE OF SERVICE

  I certify that on May 1, 2013, this Motion for Substitution of Counsel was forwarded BY HAND to all counsel of record.

                -s- *Charles D. Swift*
                Charles D. Swift, Esq.
                Swift & McDonald, P.S.
                1809 Seventh Avenue, Suite 1108
                Seattle, WA  98101
                206-441-3377
                206-224-9908 (fax)
                cswift@prolegaldefense.com