IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:13-CR-030-L |
| | § | |
| BARRETT LANCASTER BROWN | § | |

## ORDER

Before the court is the Government's Motion to Seal The Government's Opposition to Brown's Motion to Dismiss the Indictment (Doc. 56), filed March 19, 2014. After careful consideration, the court **grants** the motion. The Government's Opposition to Defendant Brown's Motion to Dismiss the Indictment shall be filed **under seal**.

**It is so ordered** this 20th day of March, 2014.

*[signature: Sam A. Lindsay]*

Sam A. Lindsay
United States District Judge

Solo Page