IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:12-CR-317-L |
| | § | 3:13-CR-030-L |
| | § | |
| BARRETT LANCASTER BROWN | § | |

## ORDER

Before the court is Defendant's Unopposed Motion to Withdraw Defendant's Motions to Dismiss the Indictment, filed May 15, 2014.  After careful consideration, the court **grants** the motion.  Defendant Browns's Motion to Dismiss Indictment in case number 3:12-CR-317-L (document no. 98), filed January 31, 2014, and Motion to Dismiss Indictment in case number 3:13-CR-030-L (document no. 56), filed March 3, 2014, are hereby **withdrawn**.

**It is so ordered** this 19th day of May, 2014.

Sam A. Lindsay
United States District Judge

Solo Page