IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 3:13-CR-030-L |
| | § | |
| BARRETT LANCASTER BROWN | § | |

## ORDER DISMISSING INDICTMENT

On January 22, 2015, the government moved in open court to dismiss the Indictment in this case, filed January 23, 2013. After carefully considering the motion and applicable law, the court **grants** the motion. The Indictment, filed January 23, 2013, against Defendant Barrett Lancaster Brown is hereby **dismissed with prejudice**.

**It is so ordered** this 27th day of January, 2015.

Sam A. Lindsay
United States District Judge

Solo Page